# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 24, 2016

## NO. 03-16-00216-CV

**Joseph E. McClain, III, Appellant**

**v.**

**Judge Darlene Byrne, Judge Orlinda Naranjo, and Judge Amy Meachum, Appellees**

### APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the trial court's judgment dismissing appellant's claims. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.